UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gavin Craig, et al.,                                             Case No. 3:24-cv-846

        Plaintiffs,

v.                                                                           ORDER

Gree U.S.A., Inc., et al.,

        Defendants.

In accordance with the parties' stipulation, (Doc. No. 36), the Second Cause of Action (Fraud) in Plaintiffs' Second Amended Complaint (the "Fraud Claim"), (*see* Doc. No. 30), is dismissed with prejudice under Federal Rule of Civil Procedure 21.  *See, e.g.*, *Bernard v. City of Cleveland*, No. 1:21-CV-1103, 2022 WL 4367655, at *1 (N.D. Ohio Sept. 21, 2022) (finding Rule 21 the proper procedural vehicle to voluntarily dismiss less than an entire action).  The pending motions related to this matter are denied as moot.  (Doc. Nos. 31 and 32).

By August 14, 2025, counsel shall submit a joint status report proposing next steps in this case.  This report may be filed on the public docket or emailed to my chambers at helmick_chambers@ohnd.uscourts.gov.

So Ordered.

                                                                 s/ Jeffrey J. Helmick
                                                                 United States District Judge